UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x  Civil Action No.: CV-05-5659(ARR)
UNITED STATES OF AMERICA,            §
                                     §
              Plaintiff,             §
      - against-                     §
                                     §
GUMERSINDA BAEZ                      §
a/k/a GUMERSINDE YASSI,              §
              Defendant.             §
-----------------------------------------------------------x

## DEFAULT JUDGMENT

Because Gumersinda Baez failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Gumersinda Baez:

**Claim No. C-102244W**

| | |
|---|---|
| Principal Balance: | $2,740.13 |
| Total Interest Accrued at 8.000%: | $3,041.59 |
| Filing and Service of Process: | ~~$297.00~~ |
| Subtotal: | $6,078.72 |
| Attorney's Fees: | $ |
| Total Owed: | $5,781.72 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
        July 14, 2006

~~Allyne R. Ross~~   Robert C. HEINEMANN
~~United States District Judge~~   CLERK OF COURT